LAW OFFICES OF JOHNNY L. GRIFFIN III
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant Alexander G. Hammond

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00486-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY TERMS AND CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| ALEXANDER G. HAMMOND, | Hon. Kendall J. Newman |
| Defendant. | |

Defendant by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant U.S. Attorney Matthew G. Morris, hereby stipulate and request the Court to modify Special Condition Number 12 and Special Condition Number 13 of Defendant's pretrial release. These modifications are necessary to allow Defendant to accept a promotion with his current employer.

Specifically, it is stipulated and agreed that Special Condition Number 12 and Number 13 shall be modified to provide as follows:

**Special Condition No. 12**: You shall participate in the following home confinement components and abide by all the requirements of the program,

Stipulation and [Proposed] Order to Modify Terms and Conditions of Pretrial Release- 1

which will include electronic monitoring or other location verification systems;

**CURFEW**: You are restricted to your residence Monday through Friday from 11:00 p.m. to 5:00 a.m., or as directed by the pretrial services officer.

**Special Condition No. 13**: You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.[1]

Dated: February 27, 2012          Respectfully submitted,

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Alexander G. Hammond

Dated: February 27, 2012          /s/ Matthew G. Morris[2]
MATTHEW G. MORRIS
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**
**Date: 2/28/2012**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pretrial Service Officers Rebecca Fidelman (Eastern District of California) and Monica Hampton (District of South Carolina) have no objection to these modified terms and conditions of pretrial release.

[2] Assistant U. S Attorney Matthew G. Morris telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

Stipulation and [Proposed] Order to Modify Terms and Conditions of Pretrial Release- 2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com