**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**ALEXANDER G. HAMMOND**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER G. HAMMOND,<br><br>Defendant. | Case No.: 2:11-CR-00486-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: August 26, 2013<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

  Defendant ALEXANDER G. HAMMOND, by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Matthew G. Morris, hereby stipulate and request that the Court continue the status conference in the above captioned case from August 26, 2013 to October 15, 2013.[1]  The parties anticipate that defendant will enter a change of plea on October 15, 2013.  However, in light of defense counsel unavailability based on a homicide jury trial commencing on September 10, 2013, additional time is needed for defense counsel to adequately review the agreement with defendant and prepare for the change of plea hearing.

---

[1] The parties have been advised by this Court's Clerk that October 15, 2013 at 9:30 a.m. is an available date and time for a status/change of plea hearing.

1

For these reasons, the parties stipulate and request that the case be continued to October 15, 2013, and that the Court exclude time within which the trial must commence under the Speedy Trial Act from August 26, 2013 through October 15, 2013, to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(A) and (B)(iv).

Dated: July 25, 2013     Respectfully submitted,
/s/ Matthew G. Morris[2]
MATTHEW G. MORRIS
Assistant U.S. Attorney

Dated: July 25, 2013     /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
ALEXANDER G. HAMMOND

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**
**Dated: August 26, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Assistant U. S Attorney Matthew G. Morris telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.